IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTURO H. RUIZ,

    Plaintiff,

v.                                                                                                  No. 23-CV-00457-WJ-KRS

BOARD OF COUNTY COMMISSIONERS
FOR BERNALILLO COUNTY, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). The Letter indicates Plaintiff wishes to file a 42 U.S.C. § 1983 civil rights complaint. When he filed the Letter, Plaintiff was incarcerated at the Bernalillo Metropolitan Detention Center (MDC). On May 24, 2023, the Clerk's Office mailed Plaintiff a blank § 1983 complaint and motion to proceed *in forma pauperis*. The mail was returned as undeliverable, and a search of MDC's website shows that Plaintiff is no longer in custody there. *See* https://gtlinterface.bernco.gov/custodylist/Results (last visited 10/23/2023).

If Plaintiff wishes to pursue his claims in this case, he must provide a current address as required by D.N.M. LR-Civ. 83.6 within thirty days. By the same deadline, Plaintiff must also return the completed complaint and prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (No. 23-CV-00457-WJ-KRS). The failure to timely comply with these directives may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order,

Plaintiff must (1) notify the Clerk in writing of his new address or show cause why this action should not be dismissed, (2) file a complaint on the § 1983 form, and (3) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE